# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 4, 2022 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-21-5363 (JS) |
| NAME OF CASE(S): | AA Medical, P.C. v. Centene Corporation |
| FOR PLAINTIFF(S): | Axelrod |
| FOR DEFENDANT(S): | Moore, Lieberman |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (12:06 - 12:21) |

**RULINGS FROM** Motion Hearing :

Plaintiff's Letter Motion to Compel [22] is denied at this time. Defendants shall produce a declaration from a corporate representative providing the information Plaintiff seeks regarding the relationship between Defendant Centene, New York State Catholic Health Plan and New York Quality Healthcare Corporation. If the declaration does not sufficiently address the facts Plaintiff believes are required to deal with the limited issue for which discovery was permitted, Plaintiff may refile the motion and provide specific reasons why a corporate 30(b)(6) is necessary.