**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AA MEDICAL, P.C.,

                Plaintiff,

- against -

CENTENE CORPORATION, d/b/a FIDELIS CARE,

                Defendant.
----------------------------------------------------------------X

**JUDGMENT**
CV 21-5363 (JS) (ST)

An Adoption Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 18, 2023, adopting the June 30, 2023 Report and Recommendation of United States Magistrate Judge Steven L. Tiscione in its entirety, and granting Defendant's motion for summary judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff AA Medical, P.C., take nothing of Defendant Centene Corporations that Defendant's motion for summary judgment is granted; and that this case is closed.

Dated: July 20 20, 2023
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                            By:    /s/ James J. Toritto
                                  Deputy Clerk